UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
TRUSTEES OF THE NEW YORK CITY DISTRICT           :
COUNCIL OF CARPENTERS PENSION FUND,              :
WELFARE FUND, ANNUITY FUND, AND                  :            20-CV-8928 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING,           :
EDUCATIONAL AND INDUSTRY FUND, et al.,           :            ORDER
                                                                     :
                          Petitioners,                               :
                                                                     :
            and                                                      :
                                                                     :
                                                                     :
WOMEN WORK CONSTRUCTION CORP. d/b/a WWC :
CONTRACTING,                                                         :
                                                                     :
                          Respondent.                                :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On October 26, 2020, Petitioners filed a petition to confirm an arbitration award.
Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary
judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly,
it is hereby ORDERED that Petitioners shall file and serve any additional materials with which
they intend to support their petition to confirm by **November 10, 2020**.  Respondent's
opposition, if any, is due on **November 24, 2020**.  Petitioners' reply, if any, is due **December 1,
2020**.

        Petitioners shall serve the petition and all supporting papers, as well as this Order, upon
Respondent electronically and by overnight mail no later than **November 10, 2020**, and shall file
an affidavit of such service with the court no later than **November 11, 2020**.

        SO ORDERED.

Dated: October 27, 2020
       New York, New York                              _____
                                                        JESSE M. FURMAN
                                                        United States District Judge