```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
                                                              :
TRUSTEES OF THE NEW YORK CITY DISTRICT                        :
COUNCIL OF CARPENTERS PENSION FUND,                           :
WELFARE FUND, ANNUITY FUND, AND                               :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                        :   20-CV-8928 (JMF)
EDUCATIONAL AND INDUSTRY FUND, et al.,                        :
                                                              :       ORDER
                              Petitioners,                    :
                                                              :
                                                              :
              -v-                                             :
                                                              :
                                                              :
WOMEN WORK CONSTRUCTION CORP. d/b/a WWC                       :
CONTRACTING,                                                  :
                                                              :
                              Respondent                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On October 26, 2020, Petitioners filed a Petition to Confirm Arbitration. ECF No. 1. The next day, the Court set a briefing schedule for Petitioners' submission of any additional materials in support of the Petition, Respondent's opposition, and Petitioners' reply. ECF No. 8. Petitioners served Respondent with the Petition, supporting materials, and the briefing schedule. ECF Nos. 9, 10. Pursuant to the briefing schedule, Respondents' opposition was initially due no later than November 24, 2020. ECF No. 8. Respondent subsequently sought two extensions so that it might have additional time to pursue settlement negotiations with Petitioners, ECF Nos. 11, 13; the Court granted both requests, ultimately extending the deadline to December 15, 2020, ECF Nos. 12, 14, but warned Respondent that "[n]o further extensions w[ould] be granted on the basis of settlement negotiations," ECF No. 14.

      On December 16, 2020, after the deadline had passed, the parties jointly moved for another extension, to January 4, 2021, noting that Respondent had "provided Petitioners with a settlement offer which is pending formal review by the Funds' Board of Trustees"; that Petitioners' counsel was "prepared to submit a formal memo to the Trustees via e-mail" to expedite the Trustees' consideration; and that "counsel anticipate[d] that the Trustees w[ould] make a decision before" January 4. ECF No. 15. Based on these representations, the Court granted "one **final** extension, *nunc pro tunc*, of Respondent's deadline to oppose the petition" but warned that "[i]f the Respondent does not file an opposition by January 4, 2021, the Court may grant the petition as unopposed without further notice to the parties." ECF No. 16.

      To date, Respondent has neither filed its opposition, nor sought another extension of its deadline to do so. Nor have the parties indicated that any settlement has been consummated.

The Court therefore presumes that Petitioners have not approved the proposed settlement. If the parties do not indicate otherwise by no later than **January 11, 2021**, the Court **will** resolve the pending petition and treat it as unopposed.

    SO ORDERED.

Dated: January 8, 2021  
       New York, New York

                                            JESSE M. FURMAN  
                                            United States District Judge